UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW JERSEY
------------------------------------------------------------x
TINA MICHELLE BRAUNSTEIN

           Plaintiffs,

v.

DAVID BARBER, DANIEL BARBER and
BLUE HILL AT STONE BARNS, LLC

           Defendants.
------------------------------------------------------------x

Civil Action No. 07-CV-03391

**NOTICE OF APPEARANCE**

HON. CHARLES L. BRIEANT

TO:    CLERK OF THE COURT
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
        J. Michael McMahon, Clerk
        300 Quarropas Street
        White Plains, NY 10601-4150

     COMES NOW Maimon Kirschenbaum (DK-2338) of the law firm of Joseph & Herzfeld LLP and hereby enters his appearance on behalf of Plaintiff Tina Braunstein in the above-styled action.

Dated: October 12, 2007

                                  Respectfully submitted,

                                  JOSEPH & HERZFELD LLP

                                  By:    /s/ Maimon Kirschenbaum
                                  Maimon Kirschenbaum, Esq. (DK-2338)
                                  757 Third Avenue, 25th Floor
                                  New York, New York 10017
                                  (212) 688-5640
                                  (212) 688-2548 Facsimile
                                  maimon@jhlllp.com

                                  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TINA MICHELLE BRAUNSTEIN,

          **Plaintiffs,**

v.

DAVID BARBER, DANIEL BARBER and
BLUE HILL AT STONE BARNS, LLC

          **Defendants.**
-----------------------------------------------------------x

Civil Action No. 07-CV-03391

**NOTICE OF APPEARANCE**

HON. CHARLES L. BRIEANT

    The undersigned certifies that on October 12, 2007 he filed a Notice of Appearance in the Clerk of the Court herein, and thereby gave notice through the Court's CM/ECF filing system of the same to:

James G. Murphy, Esq.
Epstein, Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

/s/ Maimon Kirschenbaum
Maimon Kirschenbaum, Esq. (DK-2338)
757 Third Avenue, 25th Floor
New York, New York 10017
(212) 688-5640
(212) 688-2548 Facsimile
maimon@jhlllp.com