UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TINA MICHELLE BRAUNSTEIN,

                Plaintiff,

– against –

DAVID BARBER, DANIEL BARBER, BLUE HILL
AT STONE BARNS LLC,

                Defendants.
------------------------------------------------------------x



Case No. 07 CV 3391 (CLB) (GAY)

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE** & order

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff Tina Braunstein ("plaintiff") and counsel for defendants David Barber, Daniel Barber and Blue Hill at Stone Barns, LLC ("Defendants") that the above-captioned action is hereby dismissed with prejudice. Each side to shall bear their own costs and expenses, including their attorneys' fees.

Dated: October __, 2007

| | |
|---|---|
| JOSEPH & HERZFELD LLP | EPSTEIN BECKER & GREEN, P.C. |
| By: _____ | By: _____ |
| Maimon Kirschenbaum, Esq. | James G. Murphy, Esq. |
| 757 Third Avenue, 25th Floor | 250 Park Avenue |
| New York, New York 10017 | New York, New York 10177-0077 |
| (212) 688-5640 | (212) 351-3717 |
| (212) 688-2548 (facsimile) | (212) 661-0989 (facsimile) |
| maimon@jhllp.com | jmurphy@ebglaw.com |
| Attorneys for Plaintiff | Attorneys for Defendants |

So Ordered: November 7, 2007

_____
Charles Brieant
USDJ